FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/07)　　　　　　　　　　　　　　　　　Case Number **11−04590−LT7**

# UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) Corporation Publicly Held listed below was filed on 3/23/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SIMMONS SHEET METAL FABRICATORS, INC.
3915 Mission Ave., Ste. D−1 PMB 336
Oceanside, CA 92058

| Case Number:<br>11−04590−LT7 | Taxpayer ID/Employer ID/Other Nos.:<br>95−2566696 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael L. Klein<br>Greenman, Lacy, Klein<br>900 Pier View Way<br>PO Box 299<br>Oceanside, CA 92049−0299<br>Telephone number: (760) 722−1234 | Bankruptcy Trustee (name and address):<br>Nancy Wolf<br>P.O. Box 420448<br>San Diego, CA 92142<br>Telephone number: (619) 239−9653 |

### Meeting of Creditors
Date: **April 21, 2011**　　　　　　　　　　　　　　　　　　　　　　　Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 1360, Hearing Room A, San Diego, CA 92101**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 3/23/11 |

| **EXPLANATIONS** | | FORM B9B (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| **Refer to Other Side for Important Deadlines and Notices** | | |

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of California | Case Number<br>11−04590−LT7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 3/23/11, the following person is named Interim Trustee of the estate of the debtor:

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

## TRUSTEE REQUIREMENTS

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Interim Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by Interim Rules of Bankruptcy Procedure 1007 and 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated: 3/23/11                                Southern District of California