CSD 1101 [03/26/99]
Name, Address, Telephone No. & I.D. No.
**Michael L. Klein, Esq. #81261**
**GREENMAN, LACY, KLEIN, O'HARRA & HEFFRON**
**900 PIER VIEW WAY, P.O. BOX 299**
**OCEANSIDE, CA 92049-0299**
**(760) 722-1234**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**SIMMONS SHEET METAL FABRICATORS, INC.**

BANKRUPTCY NO. **11-04590-LT7**

Debtor.

## NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED
## BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in the above-entitled case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor the undersigned may advise you on legal matters.

You are further notified that on **March 23, 2011**, the debtor filed a petition for relief under Chapter **7**, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter ___ of the Code on: ___.]

AS A RESULT OF THE FILING OF THE PETITION, YOU ARE NOTIFIED THAT CERTAIN ACTS AND PROCEEDINGS AGAINST THE DEBTOR AND HIS ESTATE ARE STAYED AS PROVIDED IN 11 U.S.C. §362(a).

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

- [x] Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan
  - [ ] Meeting and/or Hearing pending
  - [x] Meeting and/or Hearing concluded
  - [ ] Meeting and/or Hearing continued to ___, at ___.m.
- [ ] Discharge of the Debtor
- [ ] Order Fixing Last Date for Filing Claims and Proof of Claim (Form B 10)
- [ ] Order Confirming Plan
- [ ] Other ( specify )

Dated:  7-5-11                                 Signed: _____
                                                        Attorney for Debtor

CSD 1101 (Page 2) [03/26/99]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors <u>prior</u> to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with Local Bankruptcy Rules 1007-4 and 1009 are required.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on , I served a true copy of the within NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT by [describe here mode of service]    **First Class Mail and Electronic Notice when available**

on the following persons [set forth name and address of each person served]:

Employment Development Dept. Bankruptcy Unit - MIC92E, P.O. Box 826880, Sacramento, CA  94280
City of Los Angeles, Office of Finance, P.O. Box 53200, Los Angeles, CA  90053
Global Recovery Services, P.O. Box 105795, Atlanta, GA  30348
Nancy Wolf, Trustee, P.O. Box 420448, San Diego, CA  92142

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   7-5-11
             (Date)

*Charlene Taylor-Elder* (signature)
Charlene Taylor-Elder
GREENMAN, LACY, KLEIN, O'HARRA & HEFFRON
900 PIER VIEW WAY
P.O. BOX 299
OCEANSIDE, CA 92049-0299
Address

CSD 1101

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/07)      Case Number 11-04590-LT7

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation Publicly Held listed below was filed on 3/23/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SIMMONS SHEET METAL FABRICATORS, INC.
3915 Mission Ave., Ste. D-1 PMB 336
Oceanside, CA 92058

| Case Number:<br>11-04590-LT7 | Taxpayer ID/Employer ID/Other Nos.:<br>95-2566696 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael L. Klein<br>Greenman, Lacy, Klein<br>900 Pier View Way<br>PO Box 299<br>Oceanside, CA 92049-0299<br>Telephone number: (760) 722-1234 | Bankruptcy Trustee (name and address):<br>Nancy Wolf<br>P.O. Box 420448<br>San Diego, CA 92142<br>Telephone number: (619) 239-9653 |

### Meeting of Creditors

Date: **April 21, 2011**      Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 1360, Hearing Room A, San Diego, CA 92101**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991<br>Telephone number: 619-557-5620<br>Website: www.casb.uscourts.gov | For the Court:<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 3/23/11 |



010242      5830401025 2028